Reset Form

CAND Pay.gov Application for Refund (rev. 3/16)

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*: In the fields in this section, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov Screen Receipt or the Payment Confirmation e-mail.

| Your Name: Karen Strong | Your Phone Number: (650) 752-1722 |
|---|---|
| Your Email Address: kstrong@kramerlevin.com | Full Case Number (if applicable): 3:16-cv-03731 |
| Pay.gov Tracking ID Number: 25SH9QQQ | Fee Type: ☐ Attorney Admission  ☒ Civil Case Filing  ☐ FTR Audio Recording  ☐ Notice of Appeal  ☐ Pro Hac Vice  ☐ Writ of Habeas Corpus |
| Agency Tracking ID Number: 0971- 10577123 | |
| Transaction Date: 07/01/2016 | |
| Transaction Time: 4:18 pm | |
| Transaction Amount (Amount to be refunded): $ 400.00 | |
| Reason for Refund Request: Duplicate payments made when opening a new case for the case on 7/1/16 [Dkt. 1]. (Receipt number 0971-10577218 was accepted as payment on the docket.) Thank you! | |

*Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND. *View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund Request: ☐ Approved  ☐ Denied  ☐ Denied - Resubmit Amended Application (see Reason for Denial) | |
| Approval/Denial Date: | Request Approved/Denied By: |
| Pay.gov Refund Tracking ID Refunded: | |
| Agency Refund Tracking ID Number: | |
| Date Refund Processed: | Refund Processed By: |
| Reason for Denial (if applicable): | |
| Referred for OSC Date (if applicable): | |